CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 10 2008

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSE SANCHEZ-ANGELES, | ) | |
| | ) | Civil Action No. 7:07-cv-00596 |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | By: Hon. James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that defendant's motion (docket no. 14), construed as a motion for summary judgment, is **GRANTED**; Sanchez-Angeles' motions to appoint counsel (docket nos. 13, 18, and 21) are **DENIED as MOOT**; and this action shall be stricken from the active docket of the court.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to counsel of record for defendant.

**ENTER:** This 10th day of July, 2008.

/s/ James C. Turk
Senior United States District Judge